UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE HURRICANE SANDY CASES

<u>MEMORANDUM & ORDER</u>
13-CV-5925(JS)(SIL)
13-CV-6158(JS)(GRB)
14-CV-2000(JS)(ARL)

----------------------------------------X
SEYBERT, District Judge:

        Pending before the Court is the Committee's Report and Recommendation, dated June 5, 2014 and amended on June 16, 2014 (the "R&R"), recommending dismissal of certain state law claims and claims for damages that are not available under New York law in the above-captioned actions. Plaintiffs in these actions have not filed an objection to the R&R. For the following reasons, the Court ADOPTS the R&R in its entirety and DISMISSES the claims at issue.

        In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no timely objections have been made, the "court need only satisfy itself that there is no clear error on the face of the record." <u>Urena v. New York</u>, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (internal quotation marks and citation omitted).

        The R&R directed the parties to file objections within fourteen (14) days from receipt of the modified R&R. The time for

filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived. Upon careful review and consideration, the Court finds the R&R to be comprehensive, well-reasoned, and free of clear error, and it ADOPTS the R&R in its entirety.

CONCLUSION

For the foregoing reasons, the Court ADOPTS the R&R in its entirety and Plaintiffs' state law claims and claims for damages that are unavailable under New York law are DISMISSED WITH PREJUDICE.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: September 22, 2014
Central Islip, NY